UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT-JOHN LAVERT WILLIAMS,<br><br>                  Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Respondent. | Case No. C19-0582-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

Petitioner is a federal prisoner who currently resides at the Tacoma Residential Reentry Center where he is apparently completing a 36-month sentence imposed by this Court in *United States v. Williams*, CR16-308-RSL. On April 17, 2019, petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 in which he asserts that he is entitled to application of additional good time credits against his sentence in accordance with the First Step Act of 2018.[1] (*See* Dkt. 1.) Petitioner failed to sign his petition, as required by Fed. R. Civ. P. 11(a), and he also failed to submit with his petition either the $5.00 filing fee or an application to proceed with this action *in forma pauperis*. Thus, on April 18, 2019, the Clerk sent petitioner a

---

[1] The Court notes that petitioner filed his petition *pro se*, but that counsel subsequently appeared on his behalf. (*See* Dkts. 1, 4.)

REPORT AND RECOMMENDATION
PAGE - 1

letter noting these deficiencies and advising him that he must correct the deficiencies not later than May 20, 2019 or face dismissal of this action. (*See* Dkt. 3.) To date petitioner has not responded in any fashion to the Clerk's deficiency letter.

As petitioner has had ample time to correct the deficiencies identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 28, 2019**.

DATED this 10th day of June, 2019.

Mary Alice Theiler
United States Magistrate Judge