UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT-JOHN LAVERT WILLIAMS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. C19-0582-RSL <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Court adopts the Report and Recommendation is approved and adopted;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to counsel for petitioner and to the Honorable Mary Alice Theiler;

Dated this 12th day of July, 2019.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DISMISSING ACTION - 1